**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **WILLIE KEVIN WILLIAMS,** | ) | |
| **AIS # 00173816,** | ) | |
| | ) | |
| **Applicant,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 26-mc-00007-KD-N** |
| | ) | |
| **STATE OF ALABAMA *and*** | ) | |
| **KEITH BLACKWOOD, District Attorney,** | ) | |
| | ) | |
| **Respondents.** | ) | |

# ORDER

After due and proper consideration of the issues raised, and a de novo review of those portions of the Report and Recommendation to which objection has been made, the Report and Recommendation of the Magistrate Judge dated September 22, 2026 (Doc. 5) is **ADOPTED** as the opinion of this Court.

As the Report and Recommendation explains, this Court lacks subject-matter jurisdiction under 18 U.S.C. § 3600 to order DNA testing, as Williams has requested (Docs. 1, 2, 4). The same is true of Williams's subsequent requests that the Court order the State to produce his state-court trial transcript (Doc. 7) and turn over forensic evidence to the FBI for DNA testing (Doc. 6).

Williams points out in his objection that 18 U.S.C. § 3600(a)(1)(B)(ii) gives the Court the power to order DNA testing related to a state offense when there is no adequate state-law remedy and the applicant has exhausted all available state-law remedies. (See Doc. 8 at 1). Reading that subclause alongside the one immediately above it, however, it gives the Court jurisdiction only if the applicant's state offense "was admitted during a Federal sentencing hearing." 18 U.S.C. § 3600(a)(1)(B)(i). In other words, if Williams's state offense had been admitted as a factor to

enhance a federal sentence for a conviction that this Court had entered against Williams, then the Court could—indeed, would be required to—order the DNA testing that Williams has requested. But Williams was convicted and sentenced only by a state court, not by this Court. Consequently, the Court lacks subject-matter jurisdiction under 18 U.S.C. § 3600.

Accordingly, it is **ORDERED** that the above-described motions (Docs. 1, 2, 4, 6, 7) are **DISMISSED without prejudice for lack of subject-matter jurisdiction**.

**DONE** and **ORDERED** this the **15th** day of **October 2026**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**